IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Butler, Destyne

Printed: 11/6/07

Case Number: 07 B 11861
Judge: Goldgar, A. Benjamin

Filed: 7/3/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Dismissed: September 25, 2007
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 214.62 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 203.03 |
| Trustee Fee: |  | 11.59 |
| Other Funds: |  | 0.00 |
| Totals: | 214.62 | 214.62 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Semrad & Associates | Administrative | 3,795.87 | 203.03 |
| 2. | LaSalle National Bank | Secured | 0.00 | 0.00 |
| 3. | LaSalle National Bank | Secured | 0.00 | 0.00 |
| 4. | Nicor Gas | Unsecured | 32.87 | 0.00 |
| 5. | RoundUp Funding LLC | Unsecured | 221.94 | 0.00 |
| 6. | Midland Credit Management | Unsecured | 43.27 | 0.00 |
| 7. | Illinois Dept Of Public Aid | Priority |  | No Claim Filed |
| 8. | City Of Chicago Dept Of Revenue | Unsecured |  | No Claim Filed |
| 9. | Capital One | Unsecured |  | No Claim Filed |
| 10. | State Collection Srv | Unsecured |  | No Claim Filed |
| 11. | Childrens Place | Unsecured |  | No Claim Filed |
| 12. | AFNI | Unsecured |  | No Claim Filed |
| 13. | Onyx Acceptance Corp | Unsecured |  | No Claim Filed |
| 14. | Midland Credit Management | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 4,093.95 | $ 203.03 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 5.4% | 11.59 |
|  | _____ |
|  | $ 11.59 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Butler, Destyne | Case Number:  07 B 11861 |
| | Judge:  Goldgar, A. Benjamin |
| Printed:  11/6/07 | Filed:  7/3/07 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_Denise Ashley_